IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TAVIS BARROW, | : |
| Plaintiff, | : |
| v. | : No. 3:25-cv-00111-TES-AGH |
| WALTON COUNTY, *et al.*, | : |
| Defendants. | : |

**ORDER**

*Pro se* Plaintiff Tavis Barrow, an inmate in the Walton County Jail in Monroe, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. On August 5, 2025, Plaintiff was ordered to submit a certified copy of his inmate trust account statement in support of his motion to proceed *in forma pauperis* as mandated by 28 U.S.C. § 1915(a)(2). ECF No. 4. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply with an order of the Court could result in dismissal of this action. *Id*. Plaintiff failed to respond.

Therefore, on September 12, 2025, Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with an order of the Court. ECF No. 5. The Court specifically informed Plaintiff that this action would be dismissed if he failed to respond or otherwise submit his certified account statement as previously ordered. *Id*. Plaintiff was given fourteen (14) days to respond. *Id*. Plaintiff has failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise

2

prosecute this case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

    **SO ORDERED,** this 15th day of October, 2025.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**